BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00056 AWI |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING AND EXTEND FILING DEADLINES |
| v. | |
| JON SMILANICK, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Roger Litman, attorney for the defendant, that the sentencing set for December 9, 2013 at 10:00 am before the Honorable Anthony W. Ishii be continued to January 6, 2014 at 10:00 a.m.  The reason for the request is because undersigned counsel has been summoned for jury duty in the Fresno County Superior Court commencing December 9, 2013.

///
///
///
///
///
///

U.S. v. Smilanick Stipulation                                   1

1  The parties further stipulate that the filing deadlines for sentencing memoranda be extended
2  such that the government's memorandum is due December 3, 2013, and the defendant's response is due
3  December 9, 2013.

4

5  Dated: November 22, 2013                              Respectfully submitted,

6                                                        BENJAMIN B. WAGNER
                                                         United States Attorney
7

8                                                By      /s/ Kimberly A. Sanchez
9                                                        KIMBERLY A. SANCHEZ
                                                         Assistant U.S. Attorney
10
    Dated: November 22, 2013                             /s/ Roger Litman
11                                                       ROGER LITMAN
                                                         Attorney for Jon Smilanick
12

13

14 IT IS SO ORDERED.

15 Dated:   November 25, 2013               _____
                                            SENIOR  DISTRICT  JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. v. Smilanick Stipulation                2